BEFORE THE FIRST DIVISION, FEBRUARY 14, 1947

No. 51558.—Protests 9743–K, etc., of I. W. Rice Co. et al. (New York).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 51559.—Protests 26051–K, etc., of Koscherak Bros., Inc., et al. (New York).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 51560.—Protests 954470–G, etc., of Gary Eigner Corp. et al. (New York).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 51561.—Protests 969524–G, etc., of Abraham & Straus, Inc., et al. (New York).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 51562.—Protests 976165–G, etc., of Koscherak Bros., Inc. (New York).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 51563.—Protests 50193–K, etc., of Y. Akiyama et al. (Honolulu, etc.).

Opinion by COLE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.